No. 83–6696.   LARNER v. MARTIN CIRCUIT COURT ET AL. Sup. Ct. Ind.   Certiorari denied.

No. 83–6698.   GANT v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 83–6702.   HINSON v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 83–6706.   DIDIER v. FLYNN.   Sup. Ct. Tenn.   Certiorari denied.

No. 83–6709.   MCCOWN v. CALLAHAN, ASSOCIATE COMMISSIONER OF FIELD SERVICES, MASSACHUSETTS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–6712.   PATTERSON v. UNITED STATES;
No. 83–6905.   SHINE v. UNITED STATES; and
No. 83–6945.   VAN BRANDY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 726 F. 2d 548.

No. 83–6714.   BROCK v. RYAN.   C. A. 3d Cir.   Certiorari denied.

No. 83–6716.   CORLEY v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–6717.   JONES v. PARKE, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–6718.   DRAPER v. DEPARTMENT OF CORRECTIONS OF VIRGINIA ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–6722.   LYON ET AL. v. FARRIER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 83–6723.   SNOWADZKI v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6727.   DILTS v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 83–6733.   KENNEDY v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.